In the Matter of OLGA BOLTON, as Executrix of JOHN BOLTON, Deceased, Appellant.
GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION, LTD., Respondent.

Argued June 7, 1945; reargument ordered October 4, 1945.

*Louis O. Bergh* and *Harry D. Tyler* for appellant.
*William Dike Reed* and *Richards W. Hannah* for respondent.

Reargument ordered and case set down for argument during week beginning October 22, 1945.